IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

**TRUSTEES OF THE NATIONAL**        \*
**AUTOMATIC SPRINKLER INDUSTRY**
**WELFARE FUND, et al.,**        \*

       **Plaintiffs,**        \*
**v.**        Case No.: GJH-18-1150
       \*

**DEGREE FIRE PROTECTION, INC.,**
       \*

       **Defendant.**
       \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Plaintiff's Motion for Default Judgment, ECF No. 7, is granted;

2. Judgement is entered in the amount of $32,994.00;

3. Interest shall accrue at the rate of 12% per annum on the principal unpaid amount of $23,930.23 until the date of payment; and

4. The Clerk shall close the case.

Dated: March 27, 2019        /s/_____
       GEORGE J. HAZEL
       United States District Judge

1